# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| CARILYN BALDUCCI, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MISSOURI DEPARTMENT OF )<br>CORRECTIONS, et al. )<br>)<br>      Defendant. ) | Case Number: 2:21-CV-04022-WJE |

\_\_\_  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x_  Decision by Court.

Per Order dated July 2, 2022: Defendants' Motions for Summary Judgment (Docs. 94 and 96) are GRANTED.

Per Order dated September 15, 2021: Motions by MDOC, Brownlow, and Gregory to dismiss the Second Amended Complaint for failure to state a claim (Docs. 50 and 53) are 19 GRANTED. The motion by Faulkner to dismiss the Second Amended Complaint for failure to state a claim upon which relief can be granted (Doc. 56) is DENIED.

ENTERED ON: July 2, 2022

                                                      PAIGE WYMORE-WYNN
                                                      Court Clerk

                                                      *Angel L. Geiser*

                                                      (By) Deputy Clerk