# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2612

Carilyn Balducci

Appellant

v.

Missouri Department of Corrections and Ryan Brownlow

Appellees

John or Jane Doe, #1 and John or Jane Doe, #2

Jason Faulkner, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:21-cv-04022-WJE)

_____

**ORDER**

Appellant's brief was due on October 12, 2022, but has not been filed. It is hereby ordered that appellant show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute.

See 8th Cir. R. 3C.

October 19, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans