UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 22-2612
_____

Carilyn Balducci

Plaintiff - Appellant

v.

Missouri Department of Corrections; Ryan Brownlow

Defendants - Appellees

John or Jane Doe, #1; John or Jane Doe, #2

Defendants

Jason Faulkner; Curtis Gregory; Nathan Woodruff

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:21-cv-04022-WJE)
_____

**JUDGMENT**

Appellant has not responded to the court's order entered November 9, 2022. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

November 30, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans