# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2612

Carilyn Balducci

Appellant

v.

Missouri Department of Corrections and Ryan Brownlow

Appellees

John or Jane Doe, #1 and John or Jane Doe, #2

Jason Faulkner, et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:21-cv-04022-WJE)

---

## MANDATE

In accordance with the judgment of November 30, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 30, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit